**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**DELMAR POLSTON**                                                                                          **PLAINTIFF**

**v.**                                          **Case No. 3:13-cv-00254 KGB/JTR**

**MISSISSIPPI COUNTY JUDGE;**
**MISSISSIPPI COUNTY JAIL MEDICAL STAFF; and**
**DELL COOK, Mississippi County Sheriff**                                          **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that this case is dismissed without prejudice. The relief sought is denied. The Court certifies that an *in forma pauperis* appeal from this judgment would not be taken in good faith.

SO ADJUDGED this the 28th day of January, 2014.

*Kristine G. Baker*
_____
Kristine G. Baker
United States District Judge